# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHICAGO TRANSIT AUTHORITY RETIREE HEALTH CARE TRUST and THE BOARD OF TRUSTEES FOR THE CHICAGO TRANSIT AUTHORITY RETIREE HEALTH CARE TRUST, | )<br>)<br>)<br>)<br>) Case No. _____ |
| Plaintiffs, | ) Cook County Case No. 2019L011544 |
| v. | ) |
| DILWORTH PAXSON, LLP; TIMOTHY ANDERSON; and GREENBERG TRAURIG, LLP; | )<br>)<br>) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Greenberg Traurig, LLP hereby states that it has no parent company, no publicly held corporate entity owns more than 10% of its stock, and it has no publicly held affiliates.

November 15, 2019                   Respectfully submitted,

/s/ John R. Storino _____
John R. Storino (6273115)
Caroline L. Meneau (6309554)
Hope H. Tone (6330548)
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Telephone: (312) 222-9350
Facsimile:  (312) 527-0484
JStorino@jenner.com
CMeneau@jenner.com
HTone@jenner.com
*Attorneys for Greenberg Traurig, LLP*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2019 a copy of the foregoing **CORPORATE DISCLOSURE STATEMENT** was filed with the Clerk of the Court by using CM/ECF system. On that day I also caused the foregoing Corporate Disclosure Statement to be served on the following individuals via email and first class mail:

Aaron H. Stanton
astanton@burkelaw.com
Eric P. VanderPloeg
evanderploeg@burkelaw.com
Lauren B. Wright
lwright@burkelaw.com
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., 21st Floor
Chicago, Illinois 60611
*Counsel for Plaintiffs*

Michael Dockterman
mdockterman@Steptoe.com
Stacie Hartman
shartman@Steptoe.com
Steptoe & Johnson LLP
227 West Monroe Street, Suite 4700
Chicago, IL 60606
*Counsel for Defendants*
*Dilworth Paxson, LLP and Timothy Anderson*

By: *John R. Storino*
*Attorney for Greenberg Traurig, LLP*